CHITWOOD HARLEY HARNES LLP
Robert W. Killorin (to be admitted *pro hac vice*)
James M. Wilson Jr. (to be admitted *pro hac vice*)
Ze'eva K. Banks (to be admitted *pro hac vice*)
2300 Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel:   (404) 873-3900
Fax:   (404) 876-4476
RKillorin@chitwoodlaw.com
JWilson@chitwoodlaw.com
ZBanks@chitwoodlaw.com

GRANT & EISENHOFER P.A.
James J. Sabella (to be admitted *pro hac vice*)
485 Lexington Avenue
New York, New York 10017
Tel:   (646) 722-8500
Fax:   (646) 722-8501
jsabella@gelaw.com

Attorneys for Proposed Lead Plaintiff Mississippi Public Employees' Retirement System

LIEFF CABRASER HEIMANN &
  BERNSTEIN LLP
Richard M. Heimann
Joy A. Kruse
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Tel:  (415) 956-1000
Fax:  (415) 956-1008
rheimann@lchb.com
jkruse@lchb.com

Local Counsel for Proposed Lead Plaintiff Mississippi Public Employees' Retirement System

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JORGE SALHUANA, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIAMOND FOODS, INC., MICHAEL J. MENDES, and STEVEN M. NEIL,<br><br>Defendants. | Case No.: 11-cv-05386-WHA<br><br>DECLARATION OF JAMES M. WILSON, JR. IN SUPPORT OF MOTION OF THE MISSISSIPPI PUBLIC EMPLOYEES' RETIREMENT SYSTEM FOR CONSOLIDATION AND APPOINTMENT OF LEAD PLAINTIFF<br><br>Date:  February 23, 2012<br>Time:  2:00 p.m.<br>Courtroom:  8, 19th Floor<br>Judge:  Hon. William H. Alsup |

(*caption continued on following page*)

- 1 -

DECLARATION OF JAMES M. WILSON, JR. IN
SUPPORT OF MISSISSIPPI PERS' MOTION
CASE NOS. 11-cv-05386-WHA, 11-cv-05399-WHA, et al.

| | | |
|---|---|---|
| 1 | RICHARD MITCHEM, Individually and on behalf of all others similarly situated, | Case No.: 11-cv-05399-WHA |
| 2 | | |
| 3 | Plaintiff, | |
| 4 | v. | |
| 5 | DIAMOND FOODS, INC., MICHAEL J. MENDES, and STEVEN M. NEIL, | |
| 6 | Defendants. | |
| 7 | STEWART WOODWARD, Individually and on behalf of all others similarly situated, | Case No.: 11-cv-05409-WHA |
| 8 | | |
| 9 | Plaintiff, | |
| 10 | v. | |
| 11 | DIAMOND FOODS, INC., MICHAEL J. MENDES, and STEVEN M. NEIL, | |
| 12 | | |
| 13 | Defendants. | |
| 14 | GARY RALL and MARION RALL, On behalf of themselves and all others similarly situated, | Case No.: 11-cv-05457-WHA |
| 15 | | |
| 16 | Plaintiffs, | |
| 17 | v. | |
| 18 | DIAMOND FOODS, INC., MICHAEL J. MENDES, and STEVEN M. NEIL, | |
| 19 | Defendants. | |
| 20 | GARY SIMON, Individually and on behalf of all others similarly situated, | Case No.: 11-cv-05479-WHA |
| 21 | | |
| 22 | Plaintiff, | |
| 23 | v. | |
| 24 | DIAMOND FOODS, INC., MICHAEL J. MENDES, and STEVEN M. NEIL, | |
| 25 | Defendants. | |
| 26 | | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| HENRY J. MACFARLAND, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIAMOND FOODS, INC., MICHAEL J. MENDES, and STEVEN M. NEIL,<br><br>Defendants. | Case No.: 11-cv-05615-WHA |

I, JAMES M. WILSON, JR., hereby declare as follows:

1. I am an attorney admitted to practice law in the states of New York and Georgia, and I am a partner of the law firm of Chitwood Harley Harnes LLP, which represents the Mississippi Public Employees' Retirement System ("Mississippi PERS").

2. I make this Declaration in Support of Mississippi PERS' Motion for Consolidation and Appointment of Lead Plaintiff.

3. Attached hereto as Exhibit A is a true and correct copy of the signed certification of Mississippi PERS, pursuant to the requirements of the Private Securities Litigation Reform Act of 1995. 15 U.S.C. § 78u-4(a)(2).

4. Attached hereto as Exhibit B is a true and correct copy of the chart detailing the losses of Mississippi PERS.

5. Attached hereto as Exhibit C is a true and correct copy of the Notice to Class members that was published by counsel for plaintiff in the first-filed action on November 7, 2011 on *Business Wire*.

- 3 -

DECLARATION OF JAMES M. WILSON, JR. IN
SUPPORT OF MISSISSIPPI PERS' MOTION
CASE NOS. 11-cv-05386-WHA, 11-cv-05399-WHA, et al.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 6th day of January 2012.

_____
JAMES M. WILSON, JR.

- 4 -

DECLARATION OF JAMES M. WILSON, JR. IN SUPPORT OF MISSISSIPPI PERS' MOTION
CASE NOS. 11-cv-05386-WHA, 11-cv-05399-WHA, et al.