# EXHIBIT A

## CERTIFICATION OF GEORGE W. NEVILLE

George W. Neville, for his Certification on behalf of the Mississippi Public Employees' Retirement System ("Mississippi PERS"), pursuant to 15 U.S.C. § 78u-4, states as follows:

1. I am a Special Assistant Attorney General in the Office of the Attorney General of the State of Mississippi, legal counsel to Mississippi PERS, and am authorized to make this certification on behalf of Mississippi PERS.

2. Mississippi PERS' transactions in Diamond Foods, Inc. (referred to hereinafter as "Diamond Foods" or the "Company") are listed in the chart attached hereto at Schedule A.

3. Mississippi PERS has reviewed the facts and allegations of a complaint filed in this action and adopts its allegations. Mississippi PERS has authorized the filing of the accompanying motion for appointment of lead plaintiff on its behalf in this action. Mississippi PERS, through the Office of the Attorney General of Mississippi, intends to actively monitor the conduct of this action for the benefit of the class. Mississippi PERS has retained the law firm of Grant & Eisenhofer P.A., and the law firm of Chitwood, Harley & Harnes LLP, to represent Mississippi PERS. These firms are knowledgeable and experienced in securities law and litigation, particularly with regard to the role and responsibilities of institutional investors in class actions.

4. Mississippi PERS believes it is the class member with the largest losses that is seeking appointment as lead plaintiff. Like other investors who purchased Diamond Foods securities during the Class Period, Mississippi PERS believes it has suffered damages as a result of defendants' fraudulent conduct and violations of the federal securities laws. Mississippi PERS believes its claims against the defendants are typical of those of other members of the class.

5. Mississippi PERS did not purchase the securities that are the subject of the complaint at the direction of plaintiffs' counsel or in order to participate in any private action arising under the federal securities laws. Mississippi PERS invested in Diamond Foods solely for its own business purposes.

6. Mississippi PERS is willing to serve as a representative party on behalf of the class of Diamond Foods shareholders, including providing testimony at depositions and trial. Mississippi PERS intends to pursue this litigation for the best interests of all class members.

7. Mississippi PERS has sought to serve as a representative party and was appointed as a lead plaintiff on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

   a. *In re Satyam Computer Services Ltd.*, No. 09-md-2027 (S.D.N.Y.)

    b.    *In re Royal Bank of Scotland Group plc Securities Litigation*, No. 09-cv-300 (S.D.N.Y.)

    c.    *Public Employees' Retirement System of Mississippi v. Goldman Sachs Group, Inc., et al.*, No. 09-cv-1110 (S.D.N.Y.)

    d.    *Hill v. State Street Corporation, et. al.*, No. 09-cv-12146 (D. Mass.)

    e.    *Pension Trust Fund for Operating Engineers, et al. v. Structured Asset Mortgage Investments II, Inc., et al.*, No 09-cv-6172 (S.D.N.Y.)

    f.    *Bach v. Amedisys, Inc.*, No. 10-00395-BAJ-CN (M.D. La. 2010)

8.    Mississippi PERS has moved to serve as Lead Plaintiff in the following action(s) arising under the federal securities laws during the three years preceding the date of this Certification, and such motion(s) are currently pending:

    None

9.    Mississippi PERS has sought to serve as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff, or was not appointed lead plaintiff:

    a.    *New Orleans Employees' Retirement System v. UBS AG, et al.*, No. 09-cv-893 (S.D.N.Y.)

10.    Mississippi PERS has sought to serve as a representative party, by filing a complaint or acting as a representative plaintiff (but did not seek appointment as lead plaintiff), on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

    a.    *Public Employees' Retirement System of Mississippi v. Merrill Lynch & Co., Inc., et al.*, No. 09-cv-1392 (S.D.N.Y.)

    b.    *Public Employees' Retirement System of Mississippi v. Moody's Investors Service, Inc., et al.*, No. 09-cv-3209 (E.D.N.Y.)

    c.    *Public Employees' Retirement System of Mississippi v. Morgan Stanley, et al.*, No. 09-cv-2137 (S.D.N.Y.)

    d.    *General Retirement System of the City of Detroit v. The Wells Fargo Mortgage Backed Securities 2006-AR18 Trust et al.*, No. 09-cv-1376 (N.D. Cal.)

    e.    *In re IndyMac Mortgage-Backed Securities Litigation*, No. 09-cv-04583 (S.D.N.Y.)

11.    Mississippi PERS will not accept any payment for serving as a representative party on behalf of the class beyond the plaintiff's pro rata share of any recovery, except as ordered and approved by the Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: *January 5, 2012*

                                  **OFFICE OF THE ATTORNEY GENERAL STATE OF MISSISSIPPI**

                                  George W. Neville
Special Assistant Attorney General
*Legal Counsel to the Mississippi Public Employees' Retirement System*

# Mississippi PERS
## Transactions in Diamond Foods, Inc.

**Cusip:** 252603105
**Ticker:** DMND
**Period:** December 9, 2010 through November 4, 2011

| Class Period Purchases | | | | Class Period Sales | | |
|---|---|---|---|---|---|---|
| Trade Date | Quantity | Price | | Trade Date | Quantity | Price |
| 06/03/11 | 9,400 | $69.03 | | 09/30/11 | 2,500 | $81.83 |
| 06/06/11 | 3,800 | $70.07 | | | | |
| 06/07/11 | 3,500 | $70.53 | | **Post Class Period Sales*** | | |
| 06/08/11 | 10,300 | $70.19 | | 11/11/11 | 11,900 | $38.18 |
| 06/14/11 | 2,300 | $70.73 | | 11/14/11 | 7,500 | $37.67 |
| 06/17/11 | 2,400 | $71.03 | | 11/14/11 | 3,000 | $37.67 |
| 06/22/11 | 2,200 | $73.97 | | 11/15/11 | 31,400 | $37.47 |
| 06/28/11 | 2,700 | $74.37 | | 11/16/11 | 1,000 | $37.47 |
| 07/27/11 | 1,000 | $70.41 | | | | |
| 08/02/11 | 1,700 | $69.56 | | | | |
| 08/09/11 | 500 | $65.02 | | | | |
| 08/10/11 | 100 | $65.09 | | | | |
| 08/11/11 | 1,300 | $68.93 | | | | |
| 08/12/11 | 700 | $70.32 | | | | |
| 08/15/11 | 800 | $71.71 | | | | |
| 08/19/11 | 2,200 | $71.37 | | | | |
| 09/27/11 | 1,400 | $81.80 | | | | |
| 09/28/11 | 2,300 | $80.25 | | | | |
| 10/06/11 | 2,900 | $73.54 | | | | |
| 10/18/11 | 3,600 | $72.94 | | | | |
| 10/21/11 | 2,200 | $68.38 | | | | |

\* For sales subsequent to end of class period, used higher of actual sale price versus average closing price from end of class period through sale date

**SCHEDULE "A"**