# EXHIBIT B

## Mississippi PERS
### Loss Calculation — Diamond Foods, Inc.

**Cusip:** 252603105
**Ticker:** DMND
**Period:** December 9, 2010 through November 4, 2011

**Pre-Class Period Holdings: 0**

| Class Period Purchases | | | | Class Period Sales | | | |
|---|---|---|---|---|---|---|---|
| Trade Date | Quantity | Price | Cost | Trade Date | Quantity | Price | Proceeds |
| 06/03/11 | 9,400 | $69.03 | $648,882 | 09/30/11 | 2,500 | $81.83 | $204,575 |
| 06/06/11 | 3,800 | $70.07 | $266,266 | | | | |
| 06/07/11 | 3,500 | $70.53 | $246,855 | **Post Class Period Sales*** | | | |
| 06/08/11 | 10,300 | $70.19 | $722,957 | 11/11/11 | 11,900 | $38.18 | $454,318 |
| 06/14/11 | 2,300 | $70.73 | $162,679 | 11/14/11 | 7,500 | $37.67 | $282,500 |
| 06/17/11 | 2,400 | $71.03 | $170,472 | 11/14/11 | 3,000 | $37.67 | $113,000 |
| 06/22/11 | 2,200 | $73.97 | $162,734 | 11/15/11 | 31,400 | $37.47 | $1,176,611 |
| 06/28/11 | 2,700 | $74.37 | $200,799 | 11/16/11 | 1,000 | $37.47 | $37,474 |
| 07/27/11 | 1,000 | $70.41 | $70,410 | | | | |
| 08/02/11 | 1,700 | $69.56 | $118,252 | | | | |
| 08/09/11 | 500 | $65.02 | $32,510 | | | | |
| 08/10/11 | 100 | $65.09 | $6,509 | | | | |
| 08/11/11 | 1,300 | $68.93 | $89,609 | | | | |
| 08/12/11 | 700 | $70.32 | $49,224 | | | | |
| 08/15/11 | 800 | $71.71 | $57,368 | | | | |
| 08/19/11 | 2,200 | $71.37 | $157,014 | | | | |
| 09/27/11 | 1,400 | $81.80 | $114,520 | | | | |
| 09/28/11 | 2,300 | $80.25 | $184,575 | | | | |
| 10/06/11 | 2,900 | $73.54 | $213,276 | | | | |
| 10/18/11 | 3,600 | $72.94 | $262,585 | | | | |
| 10/21/11 | 2,200 | $68.38 | $150,436 | | | | |
| Total Purchases | 57,300 | | $4,087,932 | Total Sales | 57,300 | | $2,268,479 |
| **FIFO/LIFO Loss** | | | | | | | **($1,819,454)** |

\* For sales subsequent to end of class period, used higher of actual sale price versus average closing price from end of class period through sale date